IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CLIFFORD LEE BENNET,<br><br>Defendant. | CR 19-119-BLG-SPW-3<br><br>**ORDER** |

The Court has received a letter from Defendant requesting that a detention hearing be set. (Doc. 28.) Defendant is represented by counsel. A defendant who is represented by counsel may not file pro se motions. *United States v. Bergman*, 813 F.2d 1027, 1030 (9th Cir. 1987); *Krongkiet v. Beard*, 597 F. Appx. 416, 417 (9th Cir. 2015); *United States v. Gallardo*, 915 F. Supp. 216, 218 (D. Nev. 1995). Accordingly, any request for a detention hearing must be filed by Defendant's counsel.

Defendant also indicates he has had difficulty contacting his counsel and believes he may have an incorrect telephone number. As a courtesy, the Court provides Defendant with the following contact information for Mr. Jent:

      Name:     Larry Jent
                     Williams & Jent
      Address:  506 East Babcock
                     Bozeman, MT 59715
      Telephone:  406-586-1373

Fax: 406-586-4548
Email: jent.larry@gmail.com

Accordingly, IT IS ORDERED that to the extent Defendant is requesting a detention hearing, that request is denied without prejudice to an appropriate motion being filed by his counsel.

IT IS FURTHER ORDERED that the Clerk shall mail a copy of this order to Defendant at the following address:

> Clifford Bennett 17750046
> 50 Crossroads Dr.
> Shelby, MT 59474

DATED this 25th day of October, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge