IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CLIFFORD LEE BENNETT,<br><br>Defendant. | CR 19-119-BLG-SPW-3<br><br>ORDER |

For the reasons stated on the record, CLIFFORD LEE BENNETT is hereby released from the custody of the U.S. Marshals Service.

DATED this 5th day of August, 2021.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE